Date of Arrest: **06/25**

# United States District Court

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>Jose Eduardo ALARCON-Ruelas<br>AKA: None Known<br>201393845<br>YOB: 1995<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. **22-02058MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

## COUNT 1

That on or about June 25, 2022, Defendant Jose Eduardo ALARCON-Ruelas, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Brownsville-Matamoros, Texas, on or about July 30, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by   AUSA Abbie Broughton Marsh for
             AUSA Thomas Forsyth

*Sergio Mora*
Signature of Complainant

Alfredo Chavez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____June 27, 2022_____   at   Yuma, Arizona
Date                               City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

UNITED STATES OF AMERICA,

vs.

Jose Eduardo ALARCON-Ruelas
AKA: None Known
201393845

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 25, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Brownsville, Texas on or about July 29, 2019. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 30, 2019, through the port of Brownsville-Matamoros, Texas, subsequent to a conviction in a Superior Court, State of Texas, County of Hidalgo, on or about July 10, 2019, for the crime of Narcotics Sell Distribute or Dispense, a felony.

Agents determined that on or about June 24, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Jerry Lomeli, Kevin Drake, and Richard Hiller.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Dakota Saska.

*Sergio Mora*
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____June 27, 2022_____
Date

Signature of Judicial Officer

## Probable Cause Statement

I, Border Patrol Agent Alfredo Chavez, declare under penalty of perjury, the following is true and correct:

Defendant: **Jose Eduardo ALARCON-Ruelas**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 25, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Brownsville, Texas on or about July 29, 2019. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about July 30, 2019, through the port of Brownsville-Matadors, Texas, subsequent to a conviction in a Superior Court, State of Texas, County of Hidalgo, on or about July 10, 2019, for the crime of Narcotics Sell Distribute or Dispense, a felony.

Agents determined that on or about June 24, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

**Executed on:** June 26, 2022          Time: 06:10 AM MST

Signed: Alfredo Chavez, Border Patrol Agent